NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INNOVENTION TOYS, LLC,**
*Plaintiff-Appellee*

**v.**

**MGA ENTERTAINMENT, INC., WAL-MART STORES, INC., TOYS "R" US, INC.,**
*Defendants-Appellants*

---

2017-2204, 2017-2320

---

Appeals from the United States District Court for the Eastern District of Louisiana in No. 2:07-cv-06510-SM-MBN, Judge Susie Morgan.

---

**JUDGMENT**

---

DAVID A. CAINE, Arnold & Porter Kaye Scholer LLP, Palo Alto, CA, argued for plaintiff-appellee. Also represented by THOMAS T. CARMACK.

ALLEN MARCEL SOKAL, Baker & Hostetler LLP, Washington, DC, argued for defendants-appellants. Also represented by ALAINA J. LAKAWICZ, Philadelphia, PA; BENJAMIN JOHNSON, MGA Entertainment, Inc., Van Nuys, CA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 9, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |